**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICROSOFT CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>    Defendants,<br><br>and<br><br>MOTOROLA MOBILITY LLC<br><br>    Intervenor-Defendant. | **Case No. 1:13-cv-01063-RWR** |

**PROPOSED INTERVENOR MOTOROLA MOBILITY LLC'S
<u>LOCAL CIVIL RULE 7.1 CERTIFICATE</u>**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Motorola Mobility LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Motorola Mobility LLC which have any outstanding securities in the hands of the public:

Google Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  August 6, 2013

                    Respectfully submitted,

By: /s *Paul F. Brinkman*
    Paul F. Brinkman (D.C. Bar No. 441,681)
      paulbrinkman@quinnemanuel.com
    Derek L. Shaffer (D.C.Bar No. 478,775)
      derekshaffer@quinnemanuel.com
    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
    1299 Pennsylvania Ave., NW
    Washington, DC  20004
    Telephone:  (202) 538-8000
    Facsimile:  (202) 538-8100

    Charles K. Verhoeven
    Kevin Smith
    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
    50 California Street, 22nd Floor
    San Francisco, California  94111
    Telephone:  (415) 875-6600
    Facsimile:  (415) 875-6700

    Edward J. DeFranco
    Matthew A. Traupman
    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York  10010
    Telephone:  (212) 849-7000
    Facsimile:  (212) 849-7100

    *Counsel for Proposed Intervenor-Defendant*
    *Motorola Mobility LLC*