**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>   Plaintiff,<br> v.<br><br>UNITED STATES, *et al.*,<br><br>   Defendants,<br><br>   and<br><br>MOTOROLA MOBILITY, INC.<br><br>   Defendant-Intervenor. | Case No. 13-1063 (RWR) |

**NOTICE OF FEDERAL CIRCUIT'S BINDING AFFIRMANCE
OF EXCLUSION ORDER**

Plaintiff Microsoft Corporation ("Microsoft") submits this notice in support of its Motion

for a Preliminary Injunction requiring Defendants to comply with their mandatory obligation to

enforce the Exclusion Order issued by the U.S. International Trade Commission ("ITC"), and

refuse admission into the United States of Motorola phones and devices that infringe Microsoft's

'566 patent.

Specifically, since the parties completed briefing related to Microsoft's Motion, the

United States Court of Appeals for the Federal Circuit affirmed the ITC's Exclusion Order,

which prohibits Motorola from importing its infringing devices.  *Motorola Mobility, LLC v.*

*International Trade Commission,* No. 2012-1535, 2013 WL 6570779 (Fed. Cir. Dec. 16, 2013)

(Exhibit 1, hereto).  In its appeal, Motorola did not seek review of the ITC's refusal to narrow the

Exclusion Order so that it would "not extend to the accused products' use of Google's

synchronization protocol to synchronize calendar objects."  Comm'n Op. at 24 n.12 (Exhibit G

to Mem. In Supp. Preliminary Injunction ECF No. D7-1).  Instead, Motorola appealed the ITC's

finding that Microsoft's '566 patent is valid and that Microsoft had satisfied the "domestic industry" requirement of Section 337—a requirement that is a predicate to issuance of an exclusion order.  *Id.*  The Federal Circuit rejected Motorola's challenges and affirmed the ITC's Exclusion Order.  *See Motorola Mobility, LLC*, 2013 WL 6570779 at *3-4.

Dated:  January 7, 2014                                   Respectfully submitted,

                                                                     /s/ Joseph R. Guerra
                                                                Joseph R. Guerra (D.C. Bar No. 418532)
                                                                Paul J. Zidlicky (D.C. Bar No. 450196)
                                                                Brian R. Nester (D.C. Bar No. 460225)
                                                                SIDLEY AUSTIN LLP
                                                                1501 K Street, N.W.
                                                                Washington, D.C. 20005
                                                                Telephone: 202-736-8000
                                                                Facsimile: 202-736-8711

                                                                Richard A. Cederoth
                                                                SIDLEY AUSTIN LLP
                                                                1 S. Dearborn Street
                                                                Chicago, Illinois 60603
                                                                Telephone: 312-853-7000
                                                                Facsimile: 312-853-7036

                                                                *Counsel for Plaintiff Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2014, I filed **NOTICE OF FEDERAL CIRCUIT'S BINDING AFFIRMANCE OF EXCLUSION ORDER** with the U.S. District Court for the District of Columbia via CM/ECF, which will cause to be served upon:

Stephen C. Tosini
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Room 1266
Washington, D.C. 20530

Paul F. Brinkman
Quinn Emanuel Urquhart & Sullivan, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

/s/ Brian R. Nester
Brian R. Nester