IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>UNITED STATES, *et al.*,<br>　　　　Defendants,<br><br>　　　　and<br><br>MOTOROLA MOBILITY, LLC.<br>　　　　Defendant-Intervenor. | Case No. 13-1063 (RWR) |

**ORDER GRANTING JOINT MOTION TO DISMISS**

On consideration of the joint motion to dismiss filed by Plaintiff Microsoft Corporation, Defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection, Janet Napolitano, and Thomas S. Winkowski and Defendant-Intervenor Motorola Mobility, LLC, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that all claims in this action are dismissed without prejudice, with all costs and expenses being borne solely by the party incurring them.

So ordered this 2nd day of October, 2015

_____
UNITED STATES DISTRICT COURT JUDGE